IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONIO HERNANDEZ-MANDUJANO | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 08-2568 |
| | : | |
| DEPARTMENT OF HOMELAND SECURITY, DISTRICT DIRECTOR DISTRICT 5 - PHILADELPHIA FIELD OFFICE, MICHAEL B. MUKASEY, ATTORNEY GENERAL | : | |

O R D E R

AND NOW, this __27th__ day of __May__, 2009, upon consideration of the Petition for a Writ of Habeas Corpus and Declaratory Judgement, after careful review of the Report and Recommendation of Magistrate Judge Jacob P. Hart filed on April 22, 2009, and Petitioner having filed no objections to the Report and Recommendation, it is ORDERED as follows:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Petition For Writ Of Habeas Corpus and Declaratory Judgement is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, J.